**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**TIM S. RALSTON**                                                               **PLAINTIFF**

**V.**                 **CASE NO. 4:16-CV-00140-BRW**

**THE MCHUGHES LAW FIRM, PLLC**                               **DEFENDANT**

### MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tim S. Ralston, by and through his attorney of record, Moves for Voluntary Dismissal with Prejudice of this litigation and all claims therein against Defendant, The McHughes Law Firm, PLLC, and states:

1. The parties have resolved all claims.

2. Plaintiff respectfully moves the Court to dismiss this litigation and all claims therein with prejudice as to Defendant, The McHughes Law Firm, PLLC, by entry of an order of dismissal with prejudice.

WHEREFORE, Plaintiff prays that this litigation and all claims therein be dismissed with prejudice, and to all other relief to which he may be entitled.

Date:  May 16, 2016.

                                                       Respectfully Submitted,

                                                       /s/  Annabelle L. Patterson
                                                       Annabelle L. Patterson, ABN 85204
                                                       Annabelle Lee Patterson, PLC
                                                       Attorney for the Debtor
                                                       646 Quapaw Ave.

                                              Hot Springs, AR. 71901
                                              (501) 701-0027 Phone
                                              (972) 559-3956 Fax
                                              ab@apattersonlaw.com

## **CERTIFICATE OF SERVICE**

      I, Annabelle L. Patterson, the undersigned attorney, do hereby certify that I have served a copy of this Response upon the following counsel for Defendants by use of the Court's ECF system on this the 16th day of May, 2016:

Becky A. McHughes
Christopher D. Anderson
The McHughes Law Firm, P.L.L.C.
917 W. 2nd St.
P.O. Box 2180
Little Rock, AR.  72203
becky@mchugheslaw.com
chris@mchugheslaw.com

                                              /s/ Annabelle L. Patterson
                                              Annabelle L. Patterson, ABN 85204